In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00057-CV

                                                ______________________________

 

 

 

                 IN THE INTEREST OF
A.P., G.P., AND L.P., CHILDREN

 

 

                                                                                                  


 

 

                                       On Appeal from the 336th
Judicial District Court

                                                             Fannin County, Texas

                                                       Trial Court
No. FA-10-39888

 

                                                   
                                               

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            Bonnie
Ruth Allen-Pieroni, the sole appellant in this case,
has filed a motion seeking to dismiss her appeal, stating that the trial court
has granted a new trial in this matter. 
Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her
motion is granted.  Tex. R. App. P. 42.1.

            We
dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          November 1, 2011

Date
Decided:             November 2, 2011